439 F.2d 153
 David L. CLARK and Lela M. Clark, husband and wife, and Joe
F. Clark and Gladys F. Clark, husband and wife,
Plaintiffs-Appellees,
v.
Fred Hilton DAVIS and Lorraine Davis, husband and wife,
Defendants-Appellants.
 No. 24020.
 United States Court of Appeals, Ninth Circuit.
 April 9, 1971.
 
 Arden E. Shenker (argued), Lamar Tooze, Jr., Rees C. Johnson, of Tooze, Powers, Kerr, Tooze & Peterson, Portland, Or., for appellants.
 Jack L. Kennedy (argued), Portland, Or., John H. Kottkamp, of Kottkamp & O'Rourke, Pendleton, Or., for appellees.
 Before KOELSCH, CARTER and WRIGHT, Circuit Judges.
 PER CURIAM:
 
 
 1
 This appeal is taken from a diversity action for malicious institution of a civil proceeding and for slander of title to a cattle ranch. Appellees prevailed and were awarded damages.
 
 
 2
 On appeal Davis questions the sufficiency of the evidence and alleges that appellees improperly impeached their own witness.
 
 
 3
 We have carefully examined the several assignments of error in the light of the record and, finding no reversible error, affirm.
 
 
 4
 It is so ordered.